**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7233**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BILLY MACK BUFF,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Shelby. Malcolm J. Howard, District Judge. (CR-93-12-SH)

---

Submitted:  October 29, 1996          Decided:  January 13, 1997

---

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Billy Mack Buff, Appellant Pro Se.  Jerry Wayne Miller, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion for relief from a fine imposed as part of his sentence on his criminal conviction. The motion is properly construed as one under 28 U.S.C. § 2255 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and find that Appellant's nonconstitutional claims which were not raised on direct appeal may not be asserted on collateral review. Stone v. Powell, 428 U.S. 465, 477 n.10 (1976). Accordingly, we deny a certificate of appealability and dismiss the appeal. United States v. Buff, No. CR-93-12-SH (W.D.N.C. July 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED